COPY

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

11 MAY -2  PM 4: 01

FILED

1   GLANCY BINKOW & GOLDBERG LLP
    LIONEL Z. GLANCY (#134180)
2   MICHAEL GOLDBERG (#188669)
3   MARC L. GODINO (#182689)
    1801 Avenue of the Stars, Suite 311
4   Los Angeles, California 90067
5   Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
6   E-mail: info@glancylaw.com
7
8   *Attorneys for Plaintiff*
    *[Additional Counsel Listed on Signature Page]*
9
10
11              UNITED STATES DISTRICT COURT
12            CENTRAL DISTRICT OF CALIFORNIA
13
14   CHRISTOPHER McCARD, On Behalf      Case No.
     of Himself and All Others Similarly    **CV11  03785 GHK (MANx)**
15   Situated,
16                                        **CLASS ACTION COMPLAINT**
                   Plaintiff,
17
18          vs.                           **JURY TRIAL DEMANED**
19
20   SONY COMPUTER
     ENTERTAINMENT AMERICA LLC;
21   SONY NETWORK ENTERTAINMENT
     INTERNATIONAL LLC; and SONY
22   NETWORK ENTERTAINMENT
     AMERICA INC.,
23
24                 Defendants.
25
26
27
28

Plaintiff Christopher McCard ("Plaintiff") hereby brings this class action suit against Sony Computer Entertainment America LLC ("SCEA"), Sony Network Entertainment International LLC ("SNEI"), and Sony Network Entertainment America Inc. ("SNEA") (collectively, "SONY", the "Company" or "Defendant"). Plaintiff makes the following allegations upon information and belief, except for those allegations pertaining to Plaintiff, which are based on personal knowledge. The following allegations are based upon the investigation undertaken by Plaintiff's counsel, which included, *inter alia*, review and analysis of SONY's press releases, SONY's public statements, SONY's websites and various news articles and media reports.

## NATURE OF THIS ACTION

1. Plaintiff brings this class action suit on his own behalf and on behalf of all other persons or entities in the United States who subscribe to SONY Online Services (defined below), provided SONY with private financial and personal information, and had such information stolen or compromised from SONY's computer systems. Such persons or entities have also been denied access to the SONY Online Services they have already paid SONY to use. This suit seeks to redress SONY's: (1) failure to adequately safeguard consumers' private financial and personal information, including their names, email addresses, birthdates, mailing addresses, billing addresses, purchase histories, passwords and logins, password security answers, handles/online IDs, and credit card and debit card information; and (2) suspension (uncompensated as of yet) of SONY's Online Services.

2. As reported, SONY experienced a "malicious" and unauthorized security breach that likely caused SONY Online Services' 77 million users to have their private financial and personal information stolen or compromised. Although SONY knew about the breach for several days and even prevented users from accessing its Online Services, it delayed for days informing users that their private

1    financial and personal information had been stolen or compromised.  Such delay

2    likely caused many users' private financial and personal information to be subject

3    to unauthorized use without their knowledge or ability to take appropriate

4    protective measures, such as alerting credit reporting companies or cancelling

5    their credit cards.

6                                  **JURISDICTION AND VENUE**

7        3.      Jurisdiction is proper pursuant to 28 U.S.C. §1332(d)(2).  Plaintiff is

8    a citizen of the State of New York and Defendant SONY is incorporated in the

9    State of Delaware, with its corporate headquarters in California. Upon information

10    and belief, the amount in controversy is in excess of $5,000,000, exclusive of

11    interests and costs.

12        4.      Venue is proper in this Court because many members of the Class

13    reside in the Central District of California, a portion of the events or omissions

14    giving rise to the claims herein occurred in this district, and Defendant SONY

15    does business and advertises within the Central District of California and

16    throughout the State of California.

17                                       **THE PARTIES**

18        5.      Plaintiff Christopher McCard is a citizen of the State of New York,

19    maintains a residence in Brooklyn, New York, and first purchased a SONY

20    PlayStation3 console, the PSN service and multiplayer games for use on the PSN

21    service in California in or around June 18, 2008.  On or about April 28, 2011,

22    Plaintiff noticed he had lost access to PSN, not knowing of the security breach and

23    loss of his personal and credit card data stored on SONY's servers.

24        6.      Defendant SCEA is a Delaware limited liability company founded in

25    1994 as the North American division of Sony Computer Entertainment Inc.

26    SCEA's principal offices are located in Foster City, California.

27

28

7.    Defendant SNEI is a Delaware limited liability company with its principal offices located in California.

8.    Defendant SNEA operates SONY Online Services in parts of North America, including the PlayStation Network and Qriocity (defined below).

## SUBSTANTIVE ALLEGATIONS

The SONY Online Services Security Breach

9.    SONY manufactures and sells a line of computer entertainment/gaming systems under the brand-name "PlayStation." SONY launched the third iteration of its PlayStation system, the PlayStation3, on November 17, 2006. As of March 29, 2011, SONY had sold 50 million PlayStation3 units worldwide.

10.    In November, 2006, SONY launched the PlayStation Network ("PSN") to provide free community-centric online game-play and communication tools and offered vast downloadable digital content. PlayStation Network users can rent or purchase thousands of their favorite movies and television shows as well as download games and demos from the PlayStation Store. In addition, users have access to streaming movies and television shows through Netflix and the ability to connect with friends through the virtual and social community known as PlayStation Home. SONY's PSN service produces an estimated $500 million in annual revenues. As of March 20, 2011, the PSN service had more than 75 million registered accounts and operated in 59 countries and regions around the world.

11.    On February 17, 2011, SONY launched its cloud music service, Music Unlimited powered by Qriocity ("Qriocity"), in the United States. For $10 per month, Qriocity subscribers receive access to music from all four major record labels and 6 million tracks. Music is streamed through the Internet from SONY's servers to SONY devices, including the PlayStation3. Users cannot access their

1   music without Internet availability, as none of the music is stored locally or on the
2   user's own hard drive.

3       12.     When announcing Qriocity, SONY touted that the service had been
4   built on the "stable" and established PlayStation Network.   According to Tim
5   Schaaf, the President of Sony Network Entertainment: "The PlayStation Network
6   has been in the marketplace since 2006 and has been growing customers for four
7   years.   There are 70 million accounts worldwide . . . .   It has gaming, music,
8   movies and all kinds of e-commerce.  **It is a stable business, and rather than**
9   **starting from scratch, we decided to leverage that.**"

10      13.     Upon information and belief, SONY stores PSN and Qriocity
11  services (collectively, the "SONY Online Services") users' data, including names,
12  addresses, credit card information and passwords on its internal servers ("User
13  Private Information").

14      14.     On April 19, 2011, the SONY Online Services suddenly shut down.
15  SONY Online Services users, like Plaintiff, were unable to access their services or
16  utilize the vast array of digital and online content available.

17      15.     On April 20, 2011, Patrick Seybold ("Seybold"), the Senior Director
18  of Corporate Communications and Social Media for SONY, posted an "Update
19  On PSN Service Outages" on the official PlayStation blog (the "PlayStation
20  blog") that acknowledged that "certain functions" of the PlayStation Network
21  were "down," but provided no information about the cause of the disruption or
22  whether any User Private Information was compromised.   The brief and vague
23  update stated in its entirety: "We're aware certain functions of PlayStation
24  Network are down.   We will report back here as soon as we can with more
25  information.  Thank you for your patience."

26      16.     On April 22, 2011, Seybold posted an "Update On PlayStation
27  Nework/Qriocity Services," which for the first time explained that SONY's
28  PlayStation Network and Qriocity services had suffered an "external intrusion"

CLASS ACTION COMPLAINT

1   and were subsequently disabled on the evening of April 20, 2011.  The update did

2   not explain when the "external intrusion" had occurred, the nature or extent of the

3   intrusion, and whether any User Private Information had been lost or

4   compromised.  The update stated in its entirety:

5

6       **An external intrusion on our system has affected our PlayStation
        Network and Qriocity services**. In order to conduct a thorough

7       investigation and to verify the smooth and secure operation of our

8       network services going forward, **we turned off PlayStation
        Network & Qriocity services on the evening of Wednesday, April**

9       **20th**. Providing quality entertainment services to our customers and

10      partners is our utmost priority. We are doing all we can to resolve

11      this situation quickly, and we once again thank you for your patience.
        We will continue to update you promptly as we have additional

12      information to share.

13      17.    On April 23, 2011, Seybold posted a "Latest Update for

14  PSN/Qriocity Services," which revealed that SONY was "re-building" its system

15  to "strengthen our network infrastructure."  The update did not explain the nature

16  or extent of the intrusion that had caused SONY to re-build its Online Services

17  system or whether any User Private Information had been lost or compromised.

18  The update stated in its entirety:

19

20      We sincerely regret that PlayStation Network and Qriocity services
        have been suspended, and we are working around the clock to bring

21      them both back online. Our efforts to resolve this matter involve **re-**

22      **building our system to further strengthen our network
        infrastructure**. Though this task is time-consuming, we decided it

23      was worth the time necessary to provide the system with additional

24      security.

25      We thank you for your patience to date and ask for a little more while

26      we move towards completion of this project. We will continue to
        give you updates as they become available.

27

28

CLASS ACTION COMPLAINT

- 5 -

18.    On April 25, 2011, Seybold posted another "PSN Update," which again failed to provide users with detailed information about the "external intrusion" or alert users to the possible loss or compromise of User Private Information.  The update stated in its entirety:

> I know you are waiting for additional information on when PlayStation Network and Qriocity services will be online. **Unfortunately, I don't have an update or timeframe to share at this point in time**.  As we previously noted, this is a time intensive process and we're working to get them back online quickly.  We'll keep you updated with information as soon as it becomes available.  We once again thank you for your patience.

19.    On April 26, 2011, Seybold posted another "Update on PlayStation Network and Qriocity" that, for the first time, acknowledged that there had been a "compromise of personal information as a result of an illegal intrusion on our systems" that had been discovered between April 17 and April 19, 2011.  The update, which was accompanied by a lengthier press release, also stated that SONY was working on sending a similar message to all of its registered account holders via email.  The update stated in its entirety:

> Thank you for your patience while we work to resolve the current outage of PlayStation Network & Qriocity services. We are currently working to send a similar message to the one below via email to all of our registered account holders regarding a **compromise of personal information as a result of an illegal intrusion on our systems. These malicious actions have also had an impact on your ability to enjoy the services provided by PlayStation Network and Qriocity including online gaming and online access to music, movies, sports and TV shows.** We have a clear path to have PlayStation Network and Qriocity systems back online, and expect to restore some services within a week.
>
> We're working day and night to ensure it is done as quickly as possible. We appreciate your patience and feedback.

CLASS ACTION COMPLAINT

- 6 -

20.    The SONY press release accompanying the April 26, 2011 update stated that "an unauthorized person" had obtained sensitive customer information, including customer: names, email addresses, birthdates, mailing addresses, billing addresses, purchase histories, PlayStation Network/Qriocity passwords and logins, password security answers, handles/PSN online IDs, and possibly (not confirmed) credit card data, including credit card numbers and expiration dates.   The press release stated in pertinent part:

**Valued PlayStation Network/Qriocity Customer:**

We have discovered that **between April 17 and April 19, 2011, certain PlayStation Network and Qriocity service user account information was compromised in connection with an illegal and unauthorized intrusion into our network**. In response to this intrusion, we have:

1. Temporarily turned off PlayStation Network and Qriocity services;

2. Engaged an outside, recognized security firm to conduct a full and complete investigation into what happened; and

3. Quickly taken steps to enhance security and strengthen our network infrastructure by re-building our system to provide you with greater protection of your personal information.

We greatly appreciate your patience, understanding and goodwill as we do whatever it takes to resolve these issues as quickly and efficiently as practicable.

Although we are still investigating the details of this incident, we believe that an **unauthorized person has obtained the following information that you provided: name, address (city, state, zip), country, email address, birthdate, PlayStation Network/Qriocity password and login, and handle/PSN online ID. It is also possible that your profile data, including purchase history and billing address (city, state, zip), and your PlayStation Network/Qriocity password security answers may have been obtained**. If you have authorized a sub-account for your dependent, the same data with respect to your dependent may have been obtained. **While there is**

CLASS ACTION COMPLAINT
- 7 -

**no evidence at this time that credit card data was taken, we cannot rule out the possibility. If you have provided your credit card data through PlayStation Network or Qriocity, out of an abundance of caution we are advising you that your credit card number (excluding security code) and expiration date may have been obtained.**

For your security, we encourage you to be especially aware of email, telephone, and postal mail scams that ask for personal or sensitive information. Sony will not contact you in any way, including by email, asking for your credit card number, social security number or other personally identifiable information. If you are asked for this information, you can be confident Sony is not the entity asking. When the PlayStation Network and Qriocity services are fully restored, we strongly recommend that you log on and change your password. Additionally, if you use your PlayStation Network or Qriocity user name or password for other unrelated services or accounts, we strongly recommend that you change them, as well.

To protect against possible identity theft or other financial loss, we encourage you to remain vigilant, to review your account statements and to monitor your credit reports. We are providing the following information for those who wish to consider it:

21.     Later on April 26, 2011, Seybold posted a message "Clarifying a Few PSN Points."     The message, which acknowledged that there had been a "difference in timing" between when SONY identified the intrusion and learned that customer data had been compromised, stated in its entirety:

I wanted to take this opportunity to clarify a point and answer one of the most frequently asked questions today.

There's a difference in timing between when we identified there was an intrusion and when we learned of consumers' data being compromised. **We learned there was an intrusion April 19th and subsequently shut the services down.** We then brought in outside experts to help us learn how the intrusion occurred and to conduct an investigation to determine the nature and scope of the incident. It was necessary to conduct several days of forensic analysis, and it took our experts until yesterday to understand the scope of the breach. **We**

**then shared that information with our consumers and announced it publicly this afternoon.**

For those who were looking there's also an FAQ with some more frequently asked questions

Thank you for your continued patience and support.

22.    The April 26, 2011 "Clarifying" update provided a hyperlink to a set of "PSN/Qriocity Network Outage FAQs."    Importantly, although SONY recognized that the unavailability of the SONY Online Services "may have had financial impact on our loyal customers," it did not guarantee that customers would get their money back (subscription fee, content) but only stated that it was "currently reviewing options."  The FAQs are provided below in their entirety:

**PSN/Qriocity Network Outage FAQs**

*Question: When did the PSN/Qriocity become unavailable?*

Answer: PSN/Qriocity services have not been available since April 20 (US time) in all regions.

*Q: Why did the PSN/Qriocity become unavailable?*

A: An external intrusion on our system has affected our PlayStation Network and Qriocity services.

*Q: Why was Sony not prepared for a compromise of its network?*

A: We are currently conducting a thorough investigation of the situation. Since this is an overall security related issue, we cannot comment further at this time.

*Q: Has Sony identified the party or parties responsible for the PlayStation Network hack and subsequent theft of personal information?*

A: We are currently conducting a thorough investigation of the situation and are working closely with a recognized technology security firm and law enforcement in order to find those responsible for this criminal act no matter where in the world they might be located.

*Q: When will the PlayStation Network and Qriocity be back online?*

CLASS ACTION COMPLAINT

A: Our employees have been working day and night to restore operations as quickly as possible, and we expect to have some services up and running within a week from yesterday. However, we want to be very clear that we will only restore operations when we are confident that the network is secure.

*Q: What steps is Sony taking to protect my personal data in the future?*

A: We've taken several immediate steps to add protections for your personal data. First, we temporarily turned off PlayStation Network and Qriocity services and, second, we are enhancing security and strengthening our network infrastructure. Moving forward, we are initiating several measures that will significantly enhance all aspects of PlayStation Network's security and your personal data, including moving our network infrastructure and data center to a new, more secure location, which is already underway. We will provide additional information on these measures shortly.

*Q: Did SOE [Sony Online Entertainment] experience an attack due to the same reason?*

A: SOE's services are currently available, but they did experience a service interruption due to an external attack. An investigation is ongoing.

*Q: Have you had such a long PSN/Qriocity service termination like this one in the past?*

A: No.

*Q: Does PSN/Qriocity get attacked very often?*

A: We cannot make any comments regarding this matter at this time.

***Q: I want my money back (subscription fee, content) since the PSN/Qriocity was not available.***

**A: While we are still assessing the impact of this incident, we recognize that this may have had financial impact on our loyal customers. We are currently reviewing options and will update you when the service is restored.**

*Q: There seems to be some games that cannot be played even offline?*

CLASS ACTION COMPLAINT
- 10 -

A: Some games may require access to PSN for trophy sync, security checks or other network functionality and therefore cannot be played offline.

*Q: Why are Sony Online Entertainment services available while PSN and Qriocity are still down and you (SCE/Sony) are not able to even tell us when it will come back again?*

A: As our investigation in this matter is ongoing, we cannot comment further on this matter.

**Q: What personally identifying information do you suspect has been compromised?**

A: Although we are still investigating the details of this incident, **we believe that an unauthorized person has obtained the following information provided by PlayStation Network/Qriocity account holders: name, address (city, state, zip), country, email address, birth date, PlayStation Network/Qriocity password, login, and handle/PSN online ID. Other profile data may also have been obtained, including purchase history and billing address (city, state, zip).** If an account holder has authorized a sub-account for a dependent, the same data with respect to that dependent may have been obtained. If an account holder provided credit card data through PlayStation Network or Qriocity, **it is possible that the credit card number (excluding security code) and expiration date may also have been obtained.**

*Q: Was my personal data encrypted?*

A: All of the data was protected, and access was restricted both physically and through the perimeter and security of the network. The entire credit card table was encrypted and we have no evidence that credit card data was taken. **The personal data table, which is a separate data set, was not encrypted,** but was, of course, behind a very sophisticated security system that was breached in a malicious attack.

*Q: Was my credit card data taken?*

A: **While all credit card information stored in our systems is encrypted and there is no evidence at this time that credit card data was taken, we cannot rule out the possibility. If you have provided your credit card data through PlayStation Network or Qriocity, out of an abundance of caution we are advising you that**

CLASS ACTION COMPLAINT

**your credit card number (excluding security code) and expiration date may have been obtained.** Keep in mind, however that your credit card security code (sometimes called a CVC or CSC number) has not been obtained because we never requested it from anyone who has joined the PlayStation Network or Qriocity, and is therefore not stored anywhere in our system.

*Q: How will I know if my personal information has been compromised?*

A: We have provided notices to consumers at the email addresses associated with their PlayStation Network/Qriocity accounts. You may also visit www.us.playstation.com/support and www.qriocity.com for notices regarding this issue. In addition, we have taken steps to disseminate information regarding this issue to media outlets so that consumers are informed. **To protect against possible identity theft or other financial loss, we encourage you to remain vigilant to review your credit card account statements and to monitor your credit reports.**

*Q: What steps should I take at this point to help protect my personal data?*

A: For your security, we encourage you to be especially aware of email, telephone, and postal mail scams that ask for personal or sensitive information. Sony will not contact you in any way, including by email, asking for your credit card number, social security number or other personally identifiable information. If you are asked for this information, you can be confident Sony is not the entity asking. When the PlayStation Network and Qriocity services are fully restored, we strongly recommend that you log on and change your password. Additionally, if you use your PlayStation Network or Qriocity user name or password for other unrelated services or accounts, we strongly recommend that you change them, as well. To protect against possible identity theft or other financial loss, we encourage you to remain vigilant, to review your account statements and to monitor your credit reports.

*Q: What if I don't know which credit card I've got attached to my PlayStation Network account?*

A: If you've added funds to your PlayStation Network wallet in the past, you should have received a confirmation email from "DoNotReply@ac.playstation.net" at the email address associated

CLASS ACTION COMPLAINT
- 12 -

with your account. This email would have been sent to you immediately after you added the funds, and will contain the first 4 digits and last 4 digits of your credit card number. You can also check your previous credit card statements to determine which card was attached to your PlayStation Network or Qriocity accounts.

*Q: When or how can I change my PlayStation Network password?*

A: We are working on a new system software update that will require all users to change their password once PlayStation Network is restored. We will provide more details about the new update shortly.

*Q: Are you working with law enforcement on this matter?*

A: Yes, we are currently working with law enforcement on this matter as well as a recognized technology security firm to conduct a complete investigation. This malicious attack against our system and against our customers is a criminal act and we are proceeding aggressively to find those responsible.

*Q: I got an email from you asking for my PSN/Qriocity sign-in ID and password. Is it really you asking for this information?*

A: Sony will not contact you in any way, including by email, asking for your credit card number, social security number or other personally identifiable information. If you are asked for this information, you can be confident Sony is not the entity asking.

*Q: Why did Sony wait until now to tell PSN users that their personal information may have been compromised?*

A: The nature of the intrusion required that we undertake an extensive and thorough investigation of the matter, which took considerable effort and time. We needed to make sure that we knew and understood the facts before providing the appropriate notice to PlayStation Network users.

23.    In addition to SONY's own blog posts and press releases, numerous media reports described the SONY Online Services security breach, shutdown and loss of User Private Information.  According to various media reports, the SONY Online Services security breach represents one of the largest-ever Internet security break-ins in history, affecting 77 million user accounts.

CLASS ACTION COMPLAINT

24.     On April 26, 2011, Senator Richard Blumenthal (D-CT) wrote a letter to the President and CEO of SCEA, Jack Tretton "demanding answers over the company's failure to notify millions of customers of a data breach in the PlayStation Network."   The body of Senator Blumenthal's letter is provided below:

> I am writing regarding a recent data breach of Sony's PlayStation Network service. **I am troubled by the failure of Sony to immediately notify affected customers of the breach and to extend adequate financial data security protections.**
>
> It has been reported that on April 20, 2011, Sony's PlayStation Network suffered an "external intrusion" and was subsequently disabled. News reports estimate that 50 million to 75 million consumers – many of them children – access the PlayStation Network for video and entertainment. I understand that the PlayStation Network allows users to store credit card information online to facilitate the purchasing of content such as games and movies through the PlayStation Network. **A breach of such a widely used service immediately raises concerns of data privacy, identity theft, and other misuse of sensitive personal and financial data, such as names, email addresses, and credit and debit card information.**
>
> **When a data breach occurs, it is essential that customers be immediately notified about whether and to what extent their personal and financial information has been compromised.** Additionally, PlayStation Network users should be provided with financial data security services, including free access to credit reporting services, for two years, the costs of which should be borne by Sony. **Affected individuals should also be provided with sufficient insurance to protect them from the possible financial consequences of identity theft.**
>
> I am concerned that PlayStation Network users' personal and financial information may have been inappropriately accessed by a third party. **Compounding this concern is the troubling lack of notification from Sony about the nature of the data breach. Although the breach occurred nearly a week ago, Sony has not**

CLASS ACTION COMPLAINT
- 14 -

**notified customers of the intrusion, or provided information that is vital to allowing individuals to protect themselves from identity theft, such as informing users whether their personal or financial information may have been compromised.   Nor has Sony specified how it intends to protect these consumers.**

PlayStation Network users deserve more complete information on the data breach, as well as the assurance that their personal and financial information will be securely maintained. I appreciate your prompt response on this important issue.

25.    Upon information and belief, the SONY Online Services security breach is also being investigated by the United States Federal Bureau of Investigations ("FBI"), the House of Representatives Subcommittee for Commerce, Manufacturing and Trade, attorneys general in Iowa, Florida and Massachusetts, and Britain's Information Commissioner's Office.

26.    On April 27, 2011, Seybold posted a "Q&A #1 for PlayStation Network and Qriocity Services," which addressed some of the most common questions SONY had received regarding the security breach and network outages between April 26 and April 27, 2011.  All but one of the questions and answers were identical to those previously addressed by SONY's FAQs (listed above). The "Q&A" message and the accompanying, previously unaddressed question is provided below in its entirety:

First off, we want to again thank you for your patience. We know that the PlayStation Network and Qriocity outage has been frustrating for you. We know you are upset, and so **we are taking steps to make our services safer and more secure than ever before.** We sincerely regret any inconvenience or concern this outage has caused, and rest assured that we're going to get the services back online as quickly as we can.

We received a number of questions and comments yesterday and early today relating to the criminal intrusion into our network. We'd like to address some of the most common questions today.

CLASS ACTION COMPLAINT
- 15 -

We are also going to continue to post updates to this blog with any additional information and insight that we can over the next few days.

We are reading your comments. We are listening to your suggestions. Please keep them coming.

Thank you.

\*          \*          \*

*Q: Have all PlayStation Network and Qriocity users been notified of the situation?*

A: In addition to alerting the media and posting information about it on this blog, we have also been sending emails directly to all **77 million registered accounts**. It takes a bit of time to send that many emails, and recognize that **not every email will still be active**, but this process has been underway since yesterday. At this time, the majority of emails have been sent and **we anticipate that all registered accounts will have received notifications by April 28th**. Consumers may also visit www.us.playstation.com/support and www.qriocity.com for notices regarding this issue. In addition, we have taken steps to disseminate information regarding this issue to media outlets so that consumers are informed.

27.      On April 28, 2011, Seybold posted a "Q&A #2 for PlayStation Network and Qriocity Services," which addressed some of the "more game related" questions SONY had received.  One question addressed whether users would receive a "goodwill gesture" for the time they were unable to access the SONY Online Services.   As with a previous question about receiving compensation for not being able to use the services, SONY did not state whether users would definitely be granted compensation.  The "Q&A" message and the accompanying question and answers is provided below in its entirety:

Yesterday, we addressed a number of your questions relating to the malicious intrusion into our network. You can find that FAQ here. As we get closer to restoration of service, here are more answers to your questions, many of which are more gaming related:

CLASS ACTION COMPLAINT
- 16 -

*Q: Will our download history/friends list/settings be affected by the PSN downtime?*

A: No, they will not.

*Q: Will trophies that were earned in single-player offline games during the outage be intact when the service resumes?*

A: These trophies are intact and will be re-synched when the network is once again operational.

*Q:   Will   my   PS+   cloud   saves   be   retrievable?*
A: Yes, once PSN is restored.

*Q: What if we have a subscription to PS3 MMOs DC Universe Online or Free Realms? Will we get compensation for that?*

A: From Sony Online Entertainment: "We apologize for any inconvenience players may have experienced as a result of the recent service interruption. As a global leader in online gaming, SOE is committed to delivering stable and entertaining games for players of all ages. To thank players for their patience, we will be hosting special events across our game portfolio. We are also working on a "make good" plan for players of the PS3 versions of <u>DC Universe Online</u> and <u>Free Realms</u>. Details will be available soon on the individual game websites and forums."

**Q: Will there be a goodwill gesture for the time we haven't been able               to               utilize               PSN/Qriocity?**
**A: We are currently evaluating ways to show appreciation for your extraordinary patience as we work to get these services back online.**

<u>The SONY Online Services Privacy Policy</u>

28.     According to the April 1, 2011 Revised Privacy Policy applicable to users of SONY Online Services, SONY collects User Private Information, including credit card information and "maintain and store[s]" such information for future purchases:

Personally identifying information is needed to establish a Sony Online Services account. **In order to set up a PSN account and access these services, you must provide your date of birth, name,**

**mailing address, and email address. In order to set up a Qriocity account, you must provide your date of birth and email address. You may choose to provide valid credit card information at the time of registration.** If you wish to make a purchase through Sony Online Services and would like to pay for that purchase with a credit card, you will be required to provide valid credit card information at the time of purchase. **We maintain and store credit card information (other than CVV) provided by consumers for purposes of charging future purchases.**

29.    For minors under the age of 13, SONY maintains the "child's personally identifying information" along with a "valid credit card" to confirm parental consent.

30.    SONY states that "[w]hen we process personal data and information and personally identifying information in the United States, we follow United States data protection and privacy regulations."

31.    SONY also states that "[w]e seek to maintain reasonable security measures in order to attempt to protect against the loss, misuse or alteration of the personally identifying information under our control."   Although SONY acknowledges that "there is no such thing as perfect security," it stresses that it "strive[s]" to protect such information in various ways, such as storing User Private Information in "secure operating environments that are not available to the public and that are only accessible to authorized employees" and using "industry-standard encryption to prevent unauthorized access to sensitive financial information":

We strive to take reasonable measures to protect the confidentiality, security, and integrity of the personal information collected from our website visitors. **Personal information is stored in secure operating environments that are not available to the public and that are only accessible to authorized employees. In addition, Sony Online Services use industry-standard encryption to prevent unauthorized electronic access to sensitive financial information such as your credit card number. We also have**

CLASS ACTION COMPLAINT
- 18 -

security measures in place to protect the loss, misuse, and alteration of the information under our control. For example, before we allow Sony Online Services account holders to access their personal information, we verify their identity by requesting information such as their Sign-in ID and password. In the event of a security breach, we have procedures in place to protect our consumers' data.

32.    SONY also shares User Personal Information with certain of its subsidiaries, affiliates and third parties, some of which maintain nearly identical privacy provisions as described above.  SONY states that "we use reasonable efforts to obtain [those parties'] agreement to protect the confidentiality, security, and integrity of any personal information we share with them or that we permit them to collect directly."

## CLASS ALLEGATIONS

33.    Plaintiff brings this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) on behalf of himself and the following Nationwide Class:

All persons or entities in the United States that subscribed to SONY Online Services and suffered a loss of service and breach of security on or about April 17-19, 2011. Excluded from this Class is SONY, its affiliates, employees or agents, or persons or entities that distribute or sell its SONY Online Services products.

34.    Numerosity: The members of the Class are so numerous that joinder of all members would be impracticable.  There are approximately seventy-seven (77) million SONY Online Services users world-wide, of which approximately thirty-one (31) million reside in the United States.  Plaintiff believes that there are tens-of-thousands of SONY Online Services users who are members of the Class described above and have been damaged by the loss of service and security breach.  The names and addresses of the members of the Class are identifiable through documents maintained by SONY and the members of the Class may be

CLASS ACTION COMPLAINT
- 19 -

1   notified by the pendency of this action by published, mailed and/or electronic

2   notice.

3          35.     Common Questions of Fact and Law: There are questions of fact and

4   law common to the members of the Class that predominate over any question

5   affecting only individual Class members, including, but not limited to:

6
7          a.  Whether 1) Sony was negligent; 2) Sony breached its contract to
               which plaintiff and class members were third-party beneficiaries; and
8              3) Sony breached an implied contract;

9          b.  Whether  SONY  misrepresented  the  SONY  Online  Services
10             capabilities to protect User Personal Information;

11
12         c.  Whether SONY concealed and did not disclose the defects in the
               SONY  Online  Services  capabilities  to  protect  User  Personal
13             Information;

14
15         d.  Whether SONY unreasonably delayed in remedying the suspension of
               service;

16
17         e.  Whether SONY unreasonably delayed in alerting users to the security
               breach and informing users that their User Personal Information had
18             been stolen or compromised; and

19
20         f.  The measure of damages.

21         36.     Typicality: Plaintiff is a member of the Class.  Plaintiff's claims are

22   typical of the claims of each member of the Class, in that Plaintiff, as every

23   member of the Class, was a customer of SONY and SONY Online Services user,

24   experienced a suspension of SONY Online Services, was not timely informed that

25   a security breach had caused the suspension of services, and was not timely

26   informed that his User Personal Information had been stolen or compromised.

27   Plaintiff is entitled to relief under the same causes of action as the other members

28   of the Class and is subject to no unique defenses.

37.     Adequacy: Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the members of the Class he seeks to represent; he has retained counsel competent and experienced in complex class action litigation and they intend to prosecute this action vigorously. Plaintiff has no interests which conflict with those of the Class.  The interests of members of the Class will be fairly and adequately protected by Plaintiff and his counsel.

38.     SONY has acted on grounds generally applicable to the Class, making relief appropriate with respect to Plaintiff and the members of the Class. The prosecution of separate actions by individual Class members would create a risk of inconsistent and varying adjudications.

39.     Superiority: A class action is superior to the other available methods for the fair and efficient adjudication of this controversy because:

a. The joinder of thousands of individual members of the Class is impracticable, cumbersome, unduly burdensome, and a waste of judicial and/or litigation resources;

b. The individual claims of the members of the Class now may be relatively modest compared with the expense of litigating the claim, thereby making it impracticable, unduly burdensome, expensive, if not totally impossible, to justify individual actions;

c. When SONY's liability has been adjudicated, claims of all members of the  Class can be determined by the court and administered efficiently in a manner which is far less burdensome and expensive than if it were attempted through filing, discovery, and trial of all individual cases;

d. This class action will promote orderly, efficient, expeditious, and appropriate adjudication and administration of class claims to promote economies of time, resources, and limited pool of recovery;

e.  Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action;

f.  This class action will assure uniformity of decisions among members of the Class; and

g.  The Class is readily definable and prosecution of this action as a class action will eliminate the possibility of repetitious litigation.

## COUNT I
## NEGLIGENCE

40.  Plaintiff repeats and realleges each and every allegation above as if set forth in full herein.

41.  SONY assumed a duty to keep the User Personal Information of Plaintiff and the Class that is in their possession private and secure.  By their acts and omissions described herein, SONY unlawfully breached this duty.  The Class was damaged thereby.

42.  The private information of the Class that was stolen or compromised by the breach of SONY's security includes, without limitation, information that was being improperly stored and inadequately safeguarded in violation of, among other things, industry rules and regulations.

43.  More specifically, SONY failed to comply with Payment Card Industry ("PCI") Data Security Standards, and similar regulations issued by Visa and Mastercard.  These standards required SONY to protect stored cardholder data and keep it in a secure manner or secure environment so as to prevent access by, or disclosure to any unauthorized party.  These security standards created a duty of reasonable care that SONY violated, as evidence by, *inter alia*, the fact that an unauthorized intruder was able to access such data.

44.  SONY also had a duty to publicly disclose the data compromise in a timely manner.  Timely public disclosure was required so that, among other things, Plaintiff and the Class members could take appropriate measures to avoid

CLASS ACTION COMPLAINT
- 22 -

unauthorized charges on their accounts, cancel or change account numbers on compromised cards, change their logins and passwords, monitor their email addresses (including protect themselves from illegal phishing scams that SONY only later explicitly warned against), and monitor their account information and credit reports for fraudulent activity.

45.   SONY breached this duty by failing to notify the public in a timely manner that information was compromised.

46.   SONY knew or should have known that its computer systems for processing and storing User Personal Information had security vulnerabilities. SONY was negligent in continuing to store and process such data in light of those vulnerabilities and the sensitivity of the data.

47.   As a direct and proximate result of Defendants' conduct, Class members suffered damages.

48.   Plaintiff and Class members have not in any way contributed to the security breach at SONY or to the compromise or theft of User Personal Information.

## COUNT II
## BREACH OF CONTRACTS TO WHICH PLAINTIFF AND CLASS MEMBERS WERE THIRD PARTY BENEFICIARIES

49.   Plaintiff repeats and realleges each and every allegation above as if set forth in full herein.

50.   Upon information and belief, Plaintiffs and the Class are third party beneficiaries of express and implied contracts entered into between SONY and its affiliates and subsidiaries and third parties. These express and implied contracts required that SONY and the third parties take reasonable efforts to safeguard the User Personal Information of Plaintiff and the Class.

51.   SONY and these third parties breached these contracts, and, as a result of these breaches, Plaintiff and the Class have been harmed as alleged herein.

## COUNT III
## BREACH OF IMPLIED CONTRACTS

52.   Plaintiff repeats and realleges each and every allegation above as if set forth in full herein.

53.   When providing User Personal Information to SONY in order to transact business through and access SONY Online Services, Plaintiff and the Class entered into implied contracts with SONY such that SONY would safeguard this information and notify them promptly of any and all theft of this information.

54.   In addition, Plaintiff and the Class entered into implied contracts with SONY such that SONY would compensate users for service interruptions.

55.   Without such implied contracts, customers (including Plaintiff and the Class) would not have used their User Personal Information to transact business through or subscribe to SONY Online Services.

56.   SONY breached these implied contracts, and, as a result of these breaches, Plaintiff and the Class have been harmed as alleged herein.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff, on behalf of himself and the Class, prays for relief and judgment as follows:

A)   Declaring this action properly maintainable as a class action pursuant to rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure and declaring Plaintiff to be a proper representative of the Class;

B)   Awarding Plaintiff and the other members of the Class damages in an amount to be proven at trial, together with prejudgment interest thereon;

1        C)    Awarding Plaintiff the costs and expenses incurred in this

2   action, including reasonable attorneys' and experts' fees; and

3        D)    Granting Plaintiff and the other members of the Class such

4   other and further relief as the Court deems just and proper.

5                              **JURY DEMAND**

6        Plaintiff hereby demands a trial by jury.

7   DATED: May 2, 2011              GLANCY BINKOW & GOLDBERG LLP

8                              By: _Le 3- 9_

9                                 Marc L. Godino
                                  Lionel Z. Glancy
10                                1801 Avenue of the Stars, Suite 311
                                  Los Angeles, CA 90067
11                                Telephone: (310) 201-9150
                                  Facsimile (310) 201-9160
12                                Email: info@glancylaw.com

13

14                                *Liaison Counsel for Plaintiff*

15
                                  BRAGAR WEXLER EAGEL & SQUIRE, P.C.
16                                Jeffrey Squire
17                                885 Third Avenue, Suite 3040
                                  New York, NY 10022
18                                Telephone:  212-308-5858
19                                Facsimile:    212-486-0462
                                  Email:        Squire@Bragarwexler.com
20
21                                WOLF POPPER LLP
22                                Lester L. Levy
23                                845 Third Avenue
                                  New York, NY  10028
24                                Telephone:  (212) 759-4600
                                  Email:        llevy@wolfpopper.com
25
26                                *Counsel for Plaintiff*
27
28

                           CLASS ACTION COMPLAINT
                                   - 25 -

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 3785 GHK (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
GLANCY BINKOW & GOLDBERG LLP
MARC L. GODINO (#182689)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER McCARD, On Behalf of Himself and All Others Similarly Situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC; [See Attachment for Additional Defendants]<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 03785 GHK (MANx)**<br><br><br>**SUMMONS** |

TO: DEFENDANT(S): <u>ABOVE-NAMED DEFENDANTS</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Marc L. Godino</u>, whose address is <u>1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>MAY - 2 2011</u>

By: _____
**CHRISTOPHER POWERS**
Deputy Clerk

(Seal of the Court)

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## ATTACHMENT TO SUMMONS
*McCard v. Sony Computer Entertainment et al.*


ADDITIONAL DEFENDANTS:

SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC; and
SONY NETWORK ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>CHRISTOPHER McCARD | DEFENDANTS<br>SONY COMPUTER ENTERTAINMENT AMERICA LLC<br>SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC<br>SONY NETWORK ENTERTAINMENT AMERICA INC. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 (310) 201-9150 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
28 USC 1332(d)(2)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

COPY

| FOR OFFICE USE ONLY: | Case Number: | **CV11  03785** |
|---|---|---|

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
 ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
 ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
 ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Delaware<br>San Mateo |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date May 2, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |